United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNNOVATIVE SPORTS MANAGEMENT, INC, | Case No. 25-cv-05056-NW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LADY Z LIZCANO, et al., | |
| Defendants. | |

On April 29, 2026, the Court denied Plaintiff's Motion for Default Judgment.  ECF No. 44. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 1, 2026

Noël Wise
United States District Judge